```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 60522
    WILLIAM S ARROYO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9562


-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/26/2008.
-----------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                  PAID          PAID
-----------------------------------------------------------------------------
CHASE                          UNSECURED         NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC       UNSECURED          3776.01            .00        3776.01
CONSECO FINANCE                UNSECURED         NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI       UNSECURED         NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM       UNSECURED           494.32            .00         494.32
RESURGENT CAPITAL SERVIC       UNSECURED          3073.55            .00        3073.55
PORTFOLIO RECOVERY ASSOC       UNSECURED          1309.88            .00        1309.88
MUSICIANS FRIEND               NOTICE ONLY       NOT FILED           .00            .00
IC SYSTEMS                     UNSECURED         NOT FILED           .00            .00
ILLINOIS INSURANCE CENTE       NOTICE ONLY       NOT FILED           .00            .00
MARSHALL FIELDS                UNSECURED           563.04            .00         563.04
MIDLAND CREDIT MANAGEMEN       UNSECURED         NOT FILED           .00            .00
FINGERHUT CREDIT ADVANTA       NOTICE ONLY       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE       UNSECURED         NOT FILED           .00            .00
B-LINE LLC                     UNSECURED          8133.16            .00        8133.16
TIMOTHY K LIOU                 REIMBURSEMENT         9.20            .00           9.20
GENERAL ELETRIC                UNSECURED              .00            .00            .00
TIMOTHY K LIOU                 DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                     TRUSTEE                                         1,274.71
DEBTOR REFUND                  REFUND                                            980.33

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             22,314.20

PRIORITY                                     9.20
SECURED                                       .00
UNSECURED                                17,349.96
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                      1,274.71

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 60522 WILLIAM S ARROYO
```

```
DEBTOR REFUND                                                        980.33
                                           ---------------   ---------------
TOTALS                                           22,314.20         22,314.20
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 09/25/08 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |